**Opinion issued April 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-18-00692-CV**

————————————

**TONYA ROMERO REED, Appellant**

**V.**

**DEBRA REED RATCHKE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1113082**

---

## MEMORANDUM OPINION

Appellant, Tonya Romero Reed, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.